NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 3 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DAVID NOVAK,

　　　　　　　Plaintiff-Appellant,

v.

STATE OF ARIZONA,

　　　　　　　Defendant-Appellee.

No. 16-15063

D.C. No. 2:15-cv-02234-JJT

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

Submitted October 25, 2016[**]

Before:　　LEAVY, GRABER, and CHRISTEN, Circuit Judges.

　　　David Novak appeals pro se from the district court's order dismissing his 42

U.S.C. § 1983 action alleging constitutional violations arising from his state

criminal conviction.  We have jurisdiction under 28 U.S.C. § 1291.  We review de

novo a dismissal under 28 U.S.C. § 1915(e)(2).  *Barren v. Harrington*, 152 F.3d

---

[*]　　This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]　　The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

1193, 1194 (9th Cir. 1998) (order). We may affirm on any basis supported by the record. *Johnson v. Riverside Healthcare Sys., LP*, 534 F.3d 1116, 1121 (9th Cir. 2008). We affirm.

Dismissal with prejudice of Novak's action against the State of Arizona was proper because it is barred by the Eleventh Amendment. *See Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984) (holding that in the absence of consent, a suit against the State is proscribed by the Eleventh Amendment).

The district court did not abuse its discretion by denying Novak leave to amend. *See Lopez v. Smith*, 203 F.3d 1122, 1130-31 (9th Cir. 2000) (en banc) (setting forth standard of review and explaining that leave to amend should be given unless the deficiencies in the complaint cannot be cured by amendment).

**AFFIRMED.**

16-15063